

# NEW YORK STATE THRUWAY AUTHORITY

# Discount Plans

## How To Sign Up For A Discount Plan

- **New E-ZPass Customers** - Sign up online
- **Current E-ZPass Customers** - Call the E-ZPass Toll Free Customer Service Number: 1-800-333-TOLL(8655)

### SELECT A DISCOUNT PLAN BELOW

- E-ZPass Basic Plan
- NYS Thruway Special Commuter Plans
- Thruway Tappan Zee Bridge Commuter Plan
- Thruway Tappan Zee Bridge Carpool Commuter Plan
- Thruway Grand Island Commuter Plan
- Thruway New Rochelle Commuter
- Thruway Yonkers Commuter Plan
- Thruway Harriman Commuter Plan
- Thruway Black Rock Commuter Plan
- Thruway Buffalo City Line Commuter Plan
- Thruway Annual Permit Plan
- Thruway Motorcycle Discount Plan
- Thruway Motorhome Discount Plan
- Thruway Special Discount Towing Plan
- Thruway Grand Island Resident
- Commercial Volume Discount

## E-ZPASS BASIC PLAN

**New York State Thruway:** No minimum use is required. Passenger vehicles will receive a 10% discount and commercial vehicles will receive a 5% disount. This plan may be used wherever you see the E-ZPass sign displayed.

## NEW YORK STATE THRUWAY SPECIAL COMMUTER DISCOUNT PLANS

The following discount plans are intended for frequent users of the New York State Thruway. These discounts can only be obtained with a valid E-ZPass account. Only passenger vehicles may receive the discount. Other rules may apply.

## ACCOUNT SPECIFIC DISCOUNT PLANS

(discount applies to all tags on account)

**Thruway Tappan Zee Bridge Commuter Plan:** Monthly minimum Tappan Zee Bridge usage charge of $40 (20 trips at $2.00 per trip) vs. the full toll of $4.00 per trip.

**Thruway Tappan Zee Bridge Carpool Commuter Plan:** 3 or more occupants in the vehicle and monthly minimum Tappan Zee Bridge usage charge of $10.00 (20 trips at 50¢ per trip) vs. the full toll of $4.00 per trip. The 50¢ toll applies only at staffed lanes; $2.00 per trip is charged in unstaffed lanes.

**Thruway Grand Island Commuter Plan:** Monthly minimum Grand Island Bridge usage charge of $5.00 (20 trips at 25¢ per trip) vs. full toll of 75¢ per trip.

**Thruway New Rochelle Commuter Plan:** Monthly minimum New Rochelle Barrier usage charge of $20 (20 trips at $1.00 per trip) vs. the full toll of $1.25 per trip.

Case 1:06-cv-00291-GLS-DRH   Document 20-3   Filed 09/05/06   Page 2 of 3

**Thruway Yonkers Commuter Plan:** Monthly minimum Yonkers Barrier usage charge of $17.50 (35 trips at 50¢ per trip) vs. the full toll of 75¢ per trip.

**Thruway Harriman Commuter Plan:** Monthly minimum Harriman Barrier usage charge of $17.50 (35 trips at 50¢ per trip) vs. the full toll of 75¢ per trip. Discount does not apply when traveling north from Harriman onto the ticketed portion of the Thruway.

**Thruway Black Rock Commuter Plan:** Monthly minimum Black Rock Barrier usage charge of $10.00 (20 trips at 50¢ per trip) vs. the full toll of 75¢ per trip.

**Thruway Buffalo City Line Commuter Plan:** Monthly minimum City Line Barrier usage charge of $10.00 (20 trips at 50¢ per trip) vs. the full toll of 75¢ per trip.

## TAG SPECIFIC COMMUTER DISCOUNT PLANS

**Thruway Annual Permit Plan:** For frequent travelers on the Thruway ticketed system. Flat fee, covers the toll for the first 30 miles or less per trip, **except when you cross the Castleton-on-Hudson Bridge,** where a 45¢ surcharge is applied. Prepay the following amount for each tag depending on which month you sign up:

### DISCOUNTS

| JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|
| $80 | $73 | $67 | $60 | $53 | $47 |
| JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
| $40 | $33 | $27 | $20 | $13 | $7 |

Permits are available for renewal, for the following calendar year, in December for $80.

Use our Annual Permit Calculator to calculate your savings.

### How To Sign Up For A Discount Plan

- **New E-ZPass Customers** - Sign up online

- **Current E-ZPass Customers** - Call the E-ZPass Toll Free Customer Service Number: 1-800-333-TOLL(8655)

**Thruway Motorcycle Discount Plan:** Proof of motorcycle registration is required to receive special motorcycle tag. Motorcycles will be charged at 50% of the cash toll rate.

**Thruway Motorhome Discount Plan:** Proof of motor home registration is required to receive the special motorhome discount. Motorhomes will receive the passenger vehicle rate based on the number of axles on the motorhome. If you are towing a car or trailer and want to use a dedicated E-ZPass lane you can get a special tag. You must first have established an E-ZPass account with the New York E-ZPass Customer Service Center. Download Special E-ZPass Tag Order Form.

**Thruway Special Discount Towing Plan:** Pickup truck towing a "5th Wheel" or "Gooseneck" trailer will receive a discounted rate. Tag specific plan for towing vehicle combination only. You must first have established an E-ZPass account with the New York E-ZPass Customer Service Center.

- Special E-ZPass Tag Order Form
- View special towing plan rates for ticket system (PDF, 3 pages/25.1 Kb)
- View special towing plan rates for fixed barrier system - TA-W63133 (PDF, 1

## RESIDENT DISCOUNT PLANS

**Thruway Grand Island Resident:** Grand Island Bridge fare is 9¢ per trip vs. full toll of 75¢ per trip. Proof of Grand Island residency required. Attach a copy of one of the following: vehicle registration, driver's license, utility bill, or tax bill. No minimum usage is required.

Copyright New York State Thruway Authority | Privacy Policy | Contact Us | Jobs | Accessibility/Usability