UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ROBERT SELEVAN, ANNE RUBIN, :
DAVID TALARICO and SAMUEL TAUB, :
individually and on behalf of all others :
similarly situated, : Civil Action No. 06-cv-291 (GLS/DRH)
 :
 :
                 Plaintiffs, :
 :
   v. :
 :
NEW YORK STATE THRUWAY :
AUTHORITY and JOHN L. BUONO, in his :
official capacity as Chief Executive Officer :
and Chairman of the New York State :
Thruway Authority, :
 :
                 Defendants. :
-------------------------------------------------------X

## DECLARATION OF SETH R. LESSER

I, SETH R. LESSER, declare under the penalty of perjury and state as follows:

    1.    I am a member of the bar of this Court and a partner of Klafter Olsen & Lesser LLP, attorneys for Plaintiffs in the above-captioned case. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification.

    2.    Attached to this Declaration as Exhibit A hereto is a copy of the class certification order in *Cohen v. Rhode Island Turnpike And Bridge Auth*., C.A. No. 09-1535 (D.R.I. Apr. 29, 2009).

    3.    Attached to this Declaration as Exhibit B hereto is a true and accurate copy of the "Thruway Fact Book" made available by Defendants at their website, www.nysthruway.gov/about/factbook/index.html#WhyTolls.

2

    4.      Attached to this Declaration as Exhibit C is a true and accurate copy of a document produced by Defendants in this litigation relating to trips over the Grand Island Bridge.

    5.      Attached to this Declaration as Exhibit D hereto is a true and accurate copy of the NYSTA Toll Rates and Discount Plans available on Defendant NYSTA's website at www.nysthruway.gov/ezpass/discount.html.

    7.      Attached as this Declaration as Exhibit E hereto are true and accurate copies of the firm resumes of proposed class counsel.

Executed on February 1, 2011

                                                                                    s/Seth R. Lesser
                                                                                      Seth R. Lesser