UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ISABEL S. COHEN, on Behalf
of Herself and All Others
Similarly Situated,
    Plaintiff

vs.                                C.A. No. 09-153 S

RHODE ISLAND TURNPIKE
AND BRIDGE AUTHORITY,
    Defendant.

## ORDER

No objection having been filed, Plaintiff's Motion for Class Certification is hereby GRANTED. The "Class" is hereby certified as consisting of all non-Rhode Island residents who paid tolls to cross the Newport/Claiborne Pell Bridge using an E-ZPass, FastLane or other comparable system, and who did not receive the discount given to Rhode Island residents pursuant to the RI E-ZPass Discount Plan. Further, Plaintiff is hereby appointed as Class Representative and Plaintiff's Counsel (Stephen R. White) is appointed as Class Counsel. Plaintiff's Liaison Counsel (Timothy J. Burke) is hereby appointed as Class Liaison Counsel.

By Order:

_____
Deputy Clerk

ENTER:

_____
United States District Judge
William E. Smith

date: 4/28/10