# New York State Thruway Authority
## 2008 Revenue & Trips
### South & North Grand Island Bridges

### South Grand Island Bridge

| | Trips | | | | | Revenue | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Resident | Commuter | Passenger | Commercial | Total | | Resident | Commuter | Passenger | Commercial | Total |
| January | 245,691 | 205,088 | 426,398 | 58,162 | 935,339 | $ | 22,123.44 | 72,243.78 | 369,294.78 | 146,357 | 610,019 |
| February | 232,978 | 197,010 | 411,864 | 54,556 | 896,408 | | 20,976.02 | 70,437.43 | 370,136.55 | 138,495 | 600,045 |
| March | 247,536 | 204,107 | 473,073 | 56,696 | 981,412 | | 22,284.49 | 76,409.19 | 428,072.32 | 143,455 | 670,221 |
| April | 253,353 | 212,215 | 497,784 | 63,067 | 1,026,419 | | 22,819.22 | 73,298.71 | 448,483.02 | 157,916 | 702,517 |
| May | 263,057 | 213,763 | 573,962 | 65,313 | 1,116,095 | | 23,706.63 | 76,635.20 | 519,795.17 | 161,372 | 781,509 |
| June | 254,998 | 206,445 | 1,050,782 | 63,166 | 1,575,391 | | 22,983.07 | 69,580.69 | 528,008.24 | 155,329 | 775,901 |
| July | 253,517 | 203,798 | 692,449 | 64,960 | 1,214,724 | | 22,852.53 | 71,254.08 | 683,744.39 | 173,712 | 951,563 |
| August | 251,083 | 201,313 | 734,888 | 62,800 | 1,250,084 | | 22,630.72 | 73,532.65 | 725,470.63 | 168,474 | 990,108 |
| September | 253,198 | 210,152 | 996,655 | 61,315 | 1,057,970 | | 22,813.57 | 75,004.66 | 526,044.77 | 166,535 | 790,398 |
| October | 267,568 | 221,878 | 525,313 | 63,818 | 1,078,577 | | 24,106.62 | 77,849.29 | 517,858.09 | 173,233 | 793,047 |
| November | 245,059 | 197,620 | 1,014,759 | 51,729 | 961,256 | | 22,069.31 | 74,366.14 | 619,814.65 | 141,765 | 697,851 |
| December | 247,698 | 196,393 | 430,977 | 50,670 | 925,738 | | 22,301.07 | 69,082.46 | 424,378.47 | 138,255 | 654,017 |
| **Total** | 3,015,736 | 2,469,782 | 11,832,181 | 716,252 | 12,548,433 | $ | 271,667 | 879,714 | 6,000,917 | 1,864,899 | 9,017,196 |

### North Grand Island Bridge

| | Trips | | | | | Revenue | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Resident | Commuter | Passenger | Commercial | Total | | Resident | Commuter | Passenger | Commercial | Total |
| January | 104,860 | 196,431 | 381,767 | 48,702 | 731,760 | $ | 9,441.15 | 70,509.90 | 331,874 | 117,821 | 529,646 |
| February | 97,694 | 187,938 | 370,304 | 44,818 | 700,754 | | 8,795.71 | 68,527.63 | 334,669 | 108,855 | 520,847 |
| March | 104,327 | 194,642 | 427,861 | 47,074 | 773,904 | | 9,393.93 | 72,687.77 | 388,872 | 114,423 | 585,377 |
| April | 109,587 | 202,810 | 443,112 | 51,700 | 807,209 | | 9,871.33 | 71,825.39 | 400,976 | 124,425 | 607,098 |
| May | 118,405 | 203,797 | 506,617 | 52,700 | 881,519 | | 10,670.95 | 74,959.58 | 461,833 | 124,534 | 671,638 |
| June | 114,435 | 196,200 | 514,640 | 52,125 | 877,400 | | 10,311.09 | 67,149.78 | 472,490 | 123,278 | 673,229 |
| July | 117,113 | 197,322 | 614,761 | 55,759 | 984,955 | | 10,554.92 | 70,716.88 | 608,403 | 142,810 | 831,213 |
| August | 116,405 | 195,860 | 658,052 | 54,643 | 1,024,960 | | 10,468.45 | 71,250.17 | 732,229 | 140,125 | 872,354 |
| September | 112,231 | 199,373 | 607,751 | 53,338 | 972,693 | | 10,113.54 | 71,998.53 | 555,116 | 139,519 | 694,635 |
| October | 116,643 | 210,098 | 478,170 | 52,628 | 857,539 | | 10,509.12 | 76,259.55 | 471,388 | 138,117 | 696,274 |
| November | 109,322 | 187,838 | 422,340 | 42,364 | 761,864 | | 9,848.48 | 68,353.78 | 415,691 | 112,677 | 606,570 |
| December | 111,064 | 188,381 | 384,493 | 41,257 | 725,195 | | 10,000.01 | 69,877.92 | 378,965 | 108,540 | 567,383 |
| **Total** | 1,332,086 | 2,360,690 | 5,809,868 | 597,108 | 10,099,752 | $ | 119,999 | 854,257 | 5,386,884 | 1,495,124 | 7,856,264 |

### South & North Grand Island Bridges

| | Trips | | | | | Revenue | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Resident | Commuter | Passenger | Commercial | Total | | Resident | Commuter | Passenger | Commercial | Total |
| January | 350,551 | 401,519 | 808,165 | 106,864 | 1,667,099 | | 31,565 | 142,754 | 701,169 | 264,178 | 1,139,665 |
| February | 330,672 | 384,948 | 782,168 | 99,374 | 1,597,162 | | 29,772 | 138,965 | 704,805 | 247,350 | 1,120,892 |
| March | 351,863 | 398,749 | 900,934 | 103,770 | 1,755,316 | | 31,678 | 149,097 | 816,945 | 257,878 | 1,255,598 |
| April | 362,940 | 415,025 | 940,896 | 114,767 | 1,833,628 | | 32,691 | 145,124 | 997,720 | 282,341 | 1,309,615 |
| May | 381,462 | 417,560 | 1,080,579 | 118,013 | 1,997,614 | | 34,378 | 151,235 | 1,027,274 | 285,906 | 1,453,147 |
| June | 369,433 | 402,645 | 1,094,442 | 115,291 | 1,981,811 | | 33,294 | 136,730 | 981,629 | 278,607 | 1,449,130 |
| July | 370,630 | 401,120 | 1,307,210 | 120,719 | 2,199,679 | | 33,407 | 141,971 | 1,000,498 | 316,522 | 1,782,776 |
| August | 367,488 | 397,173 | 1,392,940 | 117,443 | 2,275,044 | | 33,119 | 145,283 | 1,290,876 | 308,599 | 1,862,462 |
| September | 365,429 | 409,525 | 1,141,056 | 114,653 | 2,030,663 | | 32,927 | 145,283 | 1,375,461 | 306,054 | 1,485,033 |
| October | 384,211 | 431,976 | 1,916,010 | 116,446 | 1,936,116 | | 34,616 | 147,003 | 999,049 | 311,350 | 1,489,321 |
| November | 354,381 | 385,458 | 1,003,483 | 94,093 | 1,723,120 | | 31,918 | 154,109 | 988,246 | 254,442 | 1,304,421 |
| December | 358,762 | 384,774 | 889,188 | 91,927 | 1,650,933 | | 32,301 | 142,740 | 875,321 | 246,795 | 1,221,400 |
| **Total** | 4,347,822 | 4,830,472 | 12,156,531 | 1,313,360 | 22,648,185 | $ | 391,665.73 | 1,733,971.16 | 13,513,438.00 | 3,360,022.00 | 16,873,460.00 |