

# Discount Plans

**How To Sign Up For A Discount Plan**

- **New E-ZPass Customers** - Sign up online

- **Current E-ZPass Customers** - Send a written request to the E-ZPass, PO Box 15187, Albany NY 12212-5187, or Fax requests to 718-390-9772

**SELECT A DISCOUNT PLAN BELOW**

- E-ZPass Basic Plan
- Special Commuter Plans
    **Account Specific Plans**
    - Tappan Zee Bridge Commuter Plan
    - Tappan Zee Bridge Carpool Commuter Plan
    - Grand Island Commuter Plan
    - New Rochelle Commuter Plan
    - Yonkers Commuter Plan
    - Harriman Commuter Plan

- Special Commuter Plans
    **Tag Specific Plans**
    - Annual Permit Plan
    - Motorcycle Discount Plan
    - Motorhome Discount Plan
    - Special Discount Towing Plan
    - Green Pass Discount Plan
    - Special Commercial Discount
    **Resident Plans**
    - Grand Island Resident
- Commercial Volume Discount

## E-ZPASS BASIC PLAN

**New York State Thruway:** No minimum use is required. Passenger and commercial vehicles will receive a discount on Thruway Tolls. This plan may be used on the Thruway or on other toll facilities where you see the E-ZPass sign displayed.

## NEW YORK STATE THRUWAY SPECIAL COMMUTER DISCOUNT PLANS

The following discount plans are intended for frequent users of the New York State Thruway. These discounts can only be obtained with a valid E-ZPass account. Other rules may apply.

### ACCOUNT SPECIFIC DISCOUNT PLANS

(discount applies to all tags on account - only passenger vehicles (2L) may receive the discount.)

**Thruway Tappan Zee Bridge Commuter Plan:** Monthly minimum Tappan Zee Bridge usage charge of $60 (20 trips at $3.00 per trip) vs. the full toll of $5.00 per trip.

**Thruway Tappan Zee Bridge Carpool Commuter Plan:** 3 or more occupants in the vehicle and monthly minimum Tappan Zee Bridge usage charge of $10.00 (20 trips at 50¢ per trip) vs. the full toll of $5.00 per trip. The 50¢ toll applies only at staffed lanes; $3.00 per trip is charged in unstaffed lanes.

**Thruway Grand Island Commuter Plan:** Monthly minimum Grand Island Bridge usage charge of $5.60 (20 trips at 28¢ per trip) vs. full toll of $1.00 per trip.

**Thruway New Rochelle Commuter Plan:** Monthly minimum New Rochelle Barrier usage charge of $22 (20 trips at $1.10 per trip) vs. the full toll of $1.75 per trip.

**Thruway Yonkers Commuter Plan:** Monthly minimum Yonkers Barrier usage charge of $19.25 (35 trips at 55¢ per trip) vs. the full toll of $1.25 per trip.

**Thruway Harriman Commuter Plan:** Monthly minimum Harriman Barrier usage charge of $19.25 (35 trips at 55¢ per trip) vs. the full toll of $1.25 per trip. Discount does not apply when traveling north from Harriman onto the ticketed portion of the Thruway.

### TAG SPECIFIC COMMUTER DISCOUNT PLANS

**Thruway Annual Permit Plan:** For frequent travelers on the Thruway ticketed system. Flat fee, covers the toll for the first 30 miles or less per trip, **except when you cross the Castleton-on-Hudson Bridge**, where a 62¢ surcharge is applied. Prepay the following amount for each tag depending on which month you sign up:

| DISCOUNTS | | | | | |
|---|---|---|---|---|---|
| **JANUARY** | **FEBRUARY** | **MARCH** | **APRIL** | **MAY** | **JUNE** |
| $88 | $81 | $74 | $67 | $60 | $53 |
| **JULY** | **AUGUST** | **SEPTEMBER** | **OCTOBER** | **NOVEMBER** | **DECEMBER** |
| $46 | $39 | $32 | $24 | $16 | $8 |

Note: For the next calendar year, $88, available after December 7th.

Use our Annual Permit Calculator to calculate your savings.
View the Annual Permit Fare Table.

**Thruway Motorcycle Discount Plan:** Proof of motorcycle registration is required to receive special motorcycle tag. Motorcycles will be charged 50% off the cash toll rate.
View rates:  Barrier Rates | Ticketed Rates

**Thruway Motorhome Discount Plan:** Proof of motor home registration is required to receive the special motorhome discount. Motorhomes will receive the passenger vehicle rate based on the number of axles on the motorhome. If you are towing a car or trailer and want to use a dedicated E-ZPass lane you can get a special tag. You must first have established an E-ZPass account with the New York E-ZPass Customer Service Center. Download Special E-ZPass Tag Order Form.
View rates:  Barrier Rates | Ticketed Rates

**Thruway Special Discount Towing Plan:** Pickup truck towing a "5th Wheel" or "Gooseneck" trailer will receive a discounted rate. Tag specific plan for towing vehicle combination only. You must first have established an E-ZPass account with the New York E-ZPass Customer Service Center.
View rates:  Barrier Rates | Ticketed Rates

- Special E-ZPass Tag Order Form

**Green Pass Discount Plan:** Offers a special 10% discount to Hybrid vehicles getting at least 45 miles to the gallon and meeting certain emissions standards. View specifics regarding this discount plan.
View rates:  Barrier Rates | Ticketed Rates

**Special Commercial Discount**:

**UPDATE:**  As of July 1, 2009, the Special Commercial Discount (S-Discount) will only be given to qualified tags issued by the E-ZPass New York Customer Service Center.

The S-Discount (the special additional E-ZPass discount primarily for 48′ non-tandem commercial vehicles [5H, 6H and 7H]) will only be available to those customers with a New York Customer Service Center issued tag.

Examples of qualified vehicle types include:

- Tractor Trailer Combinations with trailer less than or equal to 48 feet
- Auto Transporters
- Single Unit Trucks

View rates:  Barrier Rates | Ticketed Rates

### RESIDENT DISCOUNT PLANS

**Thruway Grand Island Resident:** Grand Island Bridge fare is 9¢ per trip vs. full toll of $1.00 per trip. Proof of Grand Island residency required.  A driver's license, utility bill or lease agreement AND a copy of a vehicle registration showing your Grand Island address for each E-ZPass Tag requested is required. No minimum usage is required.

Copyright New York State Thruway Authority | Privacy Policy | Contact Us | Jobs | Accessibility/Usability