UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT SELEVAN, ANNE RUBIN,
DAVID TALARICO and SAMUEL TAUB,
individually and on behalf of all others
similarly situated,

          Civil Action No. 06-cv-291 (GLS/DRH)

        Plaintiffs,

  v.

NEW YORK STATE THRUWAY
AUTHORITY and JOHN L. BUONO, in his
official capacity as Chief Executive Officer
and Chairman of the New York State
Thruway Authority,

        Defendants.
------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Seth R. Lesser, deposes and says, I am over the age of 18 years, employed in the county of Westchester, and not a party to the within action; my business address is 2 International Drive, Suite 350, Rye Brook, New York 10573.

On February 1, 2011, I caused to be served the following documents:

1. Notice of Motion for Class Certification;
2. Memorandum of Law in Support of Plaintiffs' Motion for Class Certification;
3. Declaration of Seth R. Lesser, and Supporting Exhibits;
4. Proposed Notice.

on all parties listed below by Electronic Court Filing (ECF).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2011.

                                /s/  Seth R. Lesser_____
                                Seth R. Lesser