

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6522
February 11, 2011

Hon. Gary L. Sharpe
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *Selevan v et al., v. New York State Thruway et ano.* 06-CV-0291 (GLS)(DRH)

Dear Judge Homer:

   The Assistant Attorney General assigned to the file is recovering from surgery late last week and is out indefinitely. Defendants respectfully request that the motion for summary judgment (Dkt # 48) and the motion for class certification (Dkt # 49) be adjourned from March 17, 2011, to your April 21 term.

   I have phoned opposing counsel at Mr. Lesser's office, and left a message with respect to this request, but have not heard a response.

   Thank you for your consideration in this matter.

Respectfully submitted,

s/ *James B. McGowan*
James B. McGowan
Assistant Attorney General
Bar Roll No. 507606
James.McGowan@ag.ny.gov

cc:   Appearing counsel via ECF

The Capitol, Albany, NY 12224-0341 • (518) 474-4441 • Fax (518) 473-1572
* NOT FOR SERVICE OF PAPERS



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6522
February 11, 2011

Hon. Gary L. Sharpe
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *Selevan v et al., v. New York State Thruway et ano.* 06-CV-0291 (GLS)(DRH)

Dear Judge Sharpe:

    Mr. Lesser has graciously agreed to our request for an adjournment set forth at Docket # 53 to adjourn the motions set forth as Dkt # 48 and #49 to April 21, 2011.

    Thank you for your consideration in this matter.

Respectfully submitted,

*s/ James B. McGowan*
James B. McGowan
Assistant Attorney General
Bar Roll No. 507606
James.McGowan@ag.ny.gov

cc:   Appearing counsel via ECF

Request is granted. Response papers are to be filed on or before April 4, 2011. Reply papers are to be filed on or before April 11, 2011. The motion hearing has been rescheduled for April 21, 2011 at 9:00 a.m.

Dated: February 14, 2011
Albany, New York

Gary L. Sharpe
U.S. District Judge