=================================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | DISTRICT OF | NEW YORK |

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:06-cv-291 (GLS/DRH)

**ROBERT SELEVAN, ANNE RUBIN, DAVID TALARICO and SAMUEL TAUB**

v.

**NEW YORK THRUWAY AUTHORITY and JOHN L. BUONO**

☐     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED, that defendants' motion for summary judgment (Dkt. No. 48) is GRANTED and that all claims against defendants are DISMISSED. That the plaintiffs' motion for class certification (Dkt. No. 49) is DENIED. That the plaintiffs' motion to appoint class counsel (Dkt. No. 73) is DENIED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe, on November 28, 2011.**


November 28, 2011             **LAWRENCE K. BAERMAN**
                                                     CLERK OF THE COURT


                                             BY:      S/
                                                     DEPUTY CLERK
                                                     John Law